1 **NORMA A. AGUILAR**
California State Bar No. 211088
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: norma_aguilar@fd.org

5 Attorneys for Lucia Alva-Medina

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAN M. ADLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07MJ2684 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| LUCIA ALVA-MEDINA, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:   November 20, 2007    /s/ Norma A. Aguilar
**NORMA A. AGUILAR**
Federal Defenders of San Diego, Inc.
Attorneys for Lucia Alva-Medina